### DIXON v. COMMISSIONER OF INTERNAL REVENUE.
#### No. 5028.

Circuit Court of Appeals, Seventh Circuit.
March 15, 1934.

Rehearing Denied April 14, 1934.

Elwood G. Godman, of Chicago, Ill., for petitioner.

Pat Malloy, Asst. Atty. Gen., and Sewall Key and John MacC. Hudson, Sp. Assts. to Atty. Gen. (Edward H. McDermott, Charles O. Parker, and Marcus Whiting, all of Chicago, Ill., of counsel), for respondent.

Before ALSCHULER, EVANS, and FITZHENRY, Circuit Judges.

PER CURIAM.

The instant appeal presents fact and law questions so similar to Laflin v. Commission-

er, 69 F.(2d) 460, this day decided by this court, that we deem it unnecessary to elaborate our reasons therein given for affirming the order of the Board of Tax Appeals. The decision in that case is controlling.

The order of the Board of Tax Appeals is affirmed.